UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-701(DSD/JMM)

Minnesota Mining and Manufacturing Company,

v.

**ORDER**

USA Direct, Inc.,

It appears that more than ninety (90) days have elapsed since suit was filed and that no appearance has been entered by defendant.

The Federal Rules of Civil Procedure and the Local Rules of this district require that an answer or other pleading be filed.

Accordingly, counsel for plaintiff is directed to:

1. Notify defense counsel immediately that he is required to make an appearance;
2. File an application for entry of default unless the required pleading is filed within ten (10) days; or
3. Advise the court in writing of any good cause to the contrary.

Unless plaintiff's counsel complies with this order within twenty (20) days of this date, this case will be dismissed for lack of prosecution.

Dated: August 9, 2000

David S. Doty
United States District Judge

AUG 10 2000
FILED
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______