IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY, Plaintiff, v. USA DIRECT, INC. Defendant. | CIVIL ACTION NO. 00-CV-701 DSD/JMM |

**THIRD STIPULATION FOR EXTENSION OF TIME**

1. IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Minnesota Mining & Manufacturing ("3M") and Defendant USA Direct, Inc. ("USA Direct"), through their counsel, that Defendant USA Direct's time to answer or otherwise respond to the Complaint in the above-captioned action is extended to and including September 24, 2000.

The parties, and their counsel, are discussing possible settlement options and are close to reaching agreement which would permit dismissal of this action. Additional time is needed for the parties to review and execute a settlement agreement. In light of these discussions, Defendant USA Direct, through its counsel has: (1) requested that Plaintiff 3M extend the time for Defendant to answer or otherwise respond to 3M's Complaint; but (2) has not yet obtained local counsel to represent it before this Court. Plaintiff 3M has agreed to extend the time for

FILED SEP 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Defendant USA Direct to answer or otherwise respond to its Complaint to and including September 24, 2000.

2. Plaintiff 3M, therefore, respectfully request the Court grant this extension to allow additional time needed to finalize settlement.

Respectfully submitted,

Dated: September 11, 2000

Timothy M. Kenny, #247716
FULBRIGHT & JAWORSKI L.L.P.
4850 U.S. Bank Place
601 Second Avenue South
Minneapolis, MN 55402-4320
(612) 321-2800

Louis T. Pirkey
William G. Barber
Mark A. Thurmon
FULBRIGHT & JAWORSKI L.L.P.
1900 One American Center
600 Congress Avenue
Austin, TX 78701
(512) 418-3000

ATTORNEYS FOR PLAINTIFF
MINNESOTA MINING AND
MANUFACTURING COMPANY

Of Counsel:
Carolyn V. Peters
MINNESOTA MINING AND
MANUFACTURING COMPANY
P.O. Box 334427
St. Paul, MN 55133-3427
(612) 733-1940

SO ORDERED BY THE COURT

The Honorable David S. Doty
U.S. Judge

DATED: Sept. 11, 2000