IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| MINNESOTA MINING AND MANUFACTURING COMPANY, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 00-CV-701 DSD/JMM |
| v. | § | |
| | § | |
| | § | |
| USA DIRECT, INC., | § | |
| Defendant. | § | |

**STIPULATION AND ORDER OF DISMISSAL OF ACTION WITHOUT PREJUDICE**

Pursuant to agreement of the parties, Plaintiff Minnesota Mining and Manufacturing Company and Defendant USA Direct, Inc. hereby stipulate to dismissal of this action without prejudice and respectfully request that the Court enter an Order dismissing this action without prejudice.

Respectfully submitted,

DATED: 29 September, 2000

Timothy M. Kenny #247716
FULBRIGHT & JAWORSKI, LLP
4850 U.S. Bank Place
601 Second Ave. South
Minneapolis, MN 55402-4320
(612) 321-2800
(612) 321-9600 (fax)

OCT 0 3 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD OCT 0 3 2000
DEPUTY CLERK

1001403

Of Counsel:
Carolyn V. Peters
MINNESOTA MINING AND
MANUFACTURING COMPANY
P.O. Box 33427
St. Paul, MN 55133-3427
(612) 733-1940

Louis T. Pirkey
William G. Barber
Mark A. Thurmon
FULBRIGHT & JAWORSKI, LLP
1900 One American Center
600 Congress Avenue
Austin, TX 78701
(512) 418-3000
(512) 474-7577 (fax)

ATTORNEYS FOR MINNESOTA MINING AND MANUFACTURING COMPANY

DATED: 22 September, 2000

Michael T. Murphy, Esq.
ROYLANCE, ABRAMS, BERDO & GOODMAN, L.L.P.
1300 19th Street, N.W.
Suite 600
Washington, D.C. 20036
(202) 659-9076
(202) 659-9344 (fax)

ATTORNEYS FOR USA DIRECT, INC.

**SO ORDERED:**

**DATED:** 10/2/00

The Honorable David S. Doty
U.S. District Court Judge

LET JUDGMENT BE ENTERED ACCORDINGLY.